KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
kal13mail@las13.com
Tel: (702) 853-0700
Fax: (702) 853-0713

E-FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:
PERLA MARIA MEREZKO

              Debtor(s)

CASE NO: BKS-19-17398-BTB

CHAPTER 13

Hearing Date:   January 16, 2020
Hearing Time:   1:30 pm

PRICE LAW GROUP APC
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN**
**#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

    Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

**Statement of Facts**

    The Debtor(s) filed for Chapter 13 relief on 11/18/2019. The Section 341(a) Meeting of Creditors held on December 10, 2019 at 2:00 pm was concluded .

**Argument**

    The Trustee objects to confirmation of the Chapter 13 Plan and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c) for one or more of the following reasons:

    The Plan fails to provide for all of the Debtor(s)' disposable income pursuant to 11 U.S.C. §1325(a)(3) and (b) based on:

- Schedule I #5c voluntary contribution for retirement plan $364.87
- Not all disposable income is being committed to the Chapter 13 Plan as Debtor(s) disposable income on Schedule J is higher than the proposed Chapter 13 Plan payment.
- The plan fails to provide for all of the Debtor(s)' disposable income as calculated on form B122C-2 Chapter 13 Calculation of Your Disposable Income, pursuant to 11 U.S.C. §1325(b).

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 U.S.C. §521(a)(3), §704 and/or §1302.  This failure to cooperate has caused unreasonable delay that is prejudicial to creditors under 11 U.S.C. §1307(c)(1) as the Debtor(s) did not provide the following documents and/or amendments:

- Bank Statement(s) for the following period(s): Wells Fargo savings; 5/18/19 - 11/18/19 (date of filing).

**Conclusion**

WHEREFORE, for the foregoing reasons, the Trustee objects to confirmation and recommends that this case be dismissed pursuant to 11 U.S.C. §1307(c).

Dated:  12/12/19

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>**PERLA MARIA MEREZKO**<br><br><br><br>**Debtor (s)** | CASE NO: BKS-19-17398-BTB<br>Chapter 13 |

## CERTIFICATE OF SERVICE

1. On December 12, 2019, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

PERLA MARIA MEREZKO
7813 RIVIERA BEACH DRIVE
LAS VEGAS, NV  89128

PRICE LAW GROUP APC
5940 S RAINBOW BLVD
SUITE 3014
LAS VEGAS, NV  89118

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 12/12/19

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee