

IN THE UNITED STATES BANKRUPTCY COURT

NEVADA

IN PROCEEDINGS:

1917398

DEBTOR(S):

PERLA MARIA MEREZKO

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $1,013.74

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/4/2020