```
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
(702) 853-0700
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| PERLA MARIA MEREZKO | BKS-19-17398-BTB |
| | Hearing Date: July 02, 2020 |
| Debtor | Hearing Time:  1:30 pm |

PRICE LAW GROUP APC
Attorney for Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF POST-CONFIRMATION MODIFIED PLAN - Plan #3 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of proposed Plan #3 and hereby represents the following:

The Debtor filed for Chapter 13 relief, or was converted from a Chapter 7, on November 18, 2019. The Debtor's Chapter 13 Plan #2 was confirmed on March 12, 2020.

However, the Trustee objects to confirmation of the proposed Plan #3 as follows:

- Need to turn over to the Trustee the 2019 tax refund of $863.00.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed.

DATE: 6/16/20          /s/KATHLEEN A LEAVITT
                       KATHLEEN A. LEAVITT, TRUSTEE

|   |   |
|---|---|
| KATHLEEN A. LEAVITT<br>CHAPTER 13 STANDING TRUSTEE<br>711 S 4Th Street<br>Suite 101<br>Las Vegas, NV  89101 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | CASE NO: BKS-19-17398-BTB |
|---|---|
| PERLA MARIA MEREZKO | Chapter 13 |
| **Debtor (s)** | |

# CERTIFICATE OF SERVICE

1. On June 16, 2020, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF POST-CONFIRMED PLAN - Plan #3 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

| | |
|---|---|
| PERLA MARIA MEREZKO<br>7813 RIVIERA BEACH DRIVE<br>LAS VEGAS, NV  89128 | PRICE LAW GROUP APC<br>5940 S RAINBOW BLVD<br>SUITE 3014<br>LAS VEGAS, NV  89118 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 6/16/20      /s/ Esther Carr

An Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee