**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Perla Maria Merezko** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number | **19-17398-btb** | |
| (If known) | | |

☐ Check if this is an
amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
◼ creditors have claims secured by your property, or
◼ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bmw Financial Services**<br><br>Description of property securing debt: **2015 Mini Cooper Mini Cooper 56,000 miles automobile** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>◼ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>◼ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Perla Maria Merezko**

Case number *(if known)*    **19-17398-btb**

| | |
|---|---|
| Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Perla Maria Merezko**                                                    Case number (*if known*)    **19-17398-btb**

███████ **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____                    X _____
   **Perla Maria Merezko**                                                    Signature of Debtor 2
   Signature of Debtor 1

Date    **August 10, 2020**                                                    Date _____

Steven Alpert, SBN: 8353
Price Law Group, APC
5940 S. Rainbow Blvd, Ste 3014
Las Vegas, NV 89118
(702)794-2008 (Tel)
(702)794-2009 (Fax)
alpert@pricelawgroup.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

PERLA MARIA MEREZKO

**Debtor**

Case No.: 19−17398−btb
Chapter 7

## CERTIFICATE OF SERVICE

1. On August 12, 2020 *(date)* I served the following document(s) *(specify):*

**Statement of Intention for Individuals Filing Under Chapter 7**

2.    I served the above-named document(s) by the following means to the persons as listed below*:*

    *(Check all that apply)*

☒   **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

- **STEVEN A ALPERT**    enotice@pricelawgroup.com, alpert@pricelawgroup.com

- **TROY S. FOX**    trusteefox@crosby-fox.com, NV34@ecfcbis.com

- **U.S. TRUSTEE - LV - 7**    USTPRegion17.LV.ECF@usdoj.gov

☒   **b. United States mail, postage fully prepaid**
    *(List persons and addresses. Attach additional paper if necessary)*

DEBTOR
Perla Merezko
7813 Riviera Beach Drive
Las Vegas, NV 89128

REQUEST FOR SPECIAL NOTICE
BMW BANK OF NORTH AMERICA
C/O AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE., DEPT APS
OKLAHOMA CITY, OK 73118

-1-

CAVALRY SPV I, LLC
500 SUMMIT LAKE DR, STE 400
VALHALLA, NY 10595

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*
    I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
    *(List persons and email addresses. Attach additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)***: August 12, 2020**

  Ryan Davis                               /s/ Ryan Davis
(NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)