1  MARTIN L. WELSH, ESQ.
   NEVADA STATE BAR NO. 8720
2  LAW OFFICE OF HAYES & WELSH
   199 N. ARROYO GRANDE BLVD., SUITE 200
3  HENDERSON, NEVADA 89074
   PHONE: 702-960-4006
4  FAX#: 702-434-3739
   MWELSH@LVLAW.COM
5
   ATTORNEY FOR MOVANT
6  BMW BANK OF NORTH AMERICA

7              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
8
   In Re:                          )  Case No. 19-17398-btb
9                                  )  (Chapter 7 Proceeding)
                                   )
10 PERLA MARIA MEREZKO             )  **DECLARATION IN SUPPORT OF**
                                   )  **MOTION FOR RELIEF FROM**
11                                 )  **AUTOMATIC STAY**
                                   )
12        Debtor.                  )  Hearing Date: 10/06/2020
                                   )  Hearing Time: 10:00 AM
13                                 )
                                   )  Address: Courtroom 4 (2nd Floor)
14                                 )  Foley Federal Building
                                   )  300 Las Vegas Boulevard South
15                                 )  Las Vegas, NV 89101
                                   )  Judge: BRUCE T. BEESLEY
16                                 )

17 //

18
19 //

20
21 //

22 //

23
24 //

                          1

1    I,    Cordell Krauss                          declare as follows:

2        1.    I am employed as a    Section Manager                          of BMW

3    Financial Services NA, LLC service provider for BMW Bank of North America ("Movant"), a

4    Utah industrial bank and a wholly owned subsidiary of BMW Financial Services NA, LLC.

5    During the course of my employment, my duties include, but are not limited to, monitoring

6    accounts for lapses in payment, lapses in insurance coverage, and handling respective customers'

7    problems with their account.

8        2.    I am the custodian and/or keeper of the business records referenced herein and, as

9    such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge

10    of the matters stated in this Declaration except as to those stated on information and belief and as

11    to those matters, I believe them to be true and correct. If called upon as a witness, I could, and

12    would, competently testify to the facts contained herein.

13        3.    I am informed and believe, and thereon allege that Perla Maria Merezko

14    ("Debtor") executed a written retail installment sales contract for the purchase and financing of

15    the 2015 MINI Hardtop 4 Door Cooper S Hatchback 4D, (VIN WMWXU3C51F2B57822)

16    ("Collateral"). True and correct copies of the retail installment sales contract ("Contract") and

17    title for the Collateral are attached hereto as Exhibits 1 and 2 and are incorporated herein by

18    reference. The Contract was duly assigned to Movant during the normal course of business on or

19    about February 15, 2016.

20        4.    The Debtor's last payment to the Movant was made on July 17, 2020. As of the

21    date of this Declaration, the Debtor is past due and owing to the Movant for 1 partial post-

22    petition payment of $518.66 and 5 post-petition payment at $585.41 for a total post-petition

23    arrears amount of $3,445.71. The Debtor will owe an additional sum of $585.41 again on August

24

2

31, 2020, and on 31st day of the month thereafter. See Exhibit 1 and 4 attached and incorporated herein by reference.

5.    Additionally, the Debtor has no equity in the Collateral. The total amount of the debt is $14,297.77. The value of the Collateral is $11,864.00 (See Exhibit 3). The Movant, in the normal course of business, uses KBB to assess the value of Collateral for similar year, make, model, and general features. KBB Valuation is used industry wide in the normal course of business as a resource to assess value. The Movant followed proper processes using data similar to the Collateral while generating the report you see in Exhibit 3.

6.    The value of the Collateral is depreciating and continues to depreciate while the Collateral is not being paid and/or protected. The Movant's interest, therefore, is not adequately protected and Movant requests relief from stay.

Executed this __26__ day of __August__, 2020, in __Hilliard, OH__.

BMW FINANCIAL SERVICES NA, LLC
SERVICE PROVIDER FOR BMW BANK OF
NORTH AMERICA

By: __Cordell Krauss__

ITS: Section Manager

3