NVB 4001 (Rev. 12/15)

# * * § 362 INFORMATION SHEET * *

PERLA MARIA MEREZKO

19-17398-btb

DEBTOR

BK-                                                                  MOTION #:

BMW BANK OF NORTH AMERICA

CHAPTER: 7

MOVANT

---

### Certification of Attempt to Resolve the Matter Without Court Action:

*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*

*Date:* 08/19/2020                          *Signature:* /s/ Martin L. Welsh

*Attorney for Movant*

---

PROPERTY INVOLVED IN THIS MOTION: 2015 MINI Hardtop 4 Door Cooper S Hatchback

NOTICE SERVED ON:  Debtor(s) ✓ ; Debtor's counsel ✓ ; Trustee ✓ ;

DATE OF SERVICE: 08/28/2020

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st $14,297.77 | 1st |
| 2nd | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other: | Other: |
| Total Encumbrances: | Total Encumbrances: |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |
| $11,864.00 | |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S): | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT . |
|---|---|
| Amount of Note: $37,165.56 | . |
| Interest Rate: 4.17% | . |
| Duration: 72 Months | . |
| Payment per Month: $585.41 | . |
| Date of Default: 2/29/2020 | . |
| Amount in Arrears: $3,445.71 | . |
| Date of Notice of Default: | . |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: Martin L. Welsh | SUBMITTED BY: |
| /s/ Martin L. Welsh | SIGNATURE: |