MARTIN L. WELSH, ESQ.
NEVADA STATE BAR NO. 8720
LAW OFFICE OF HAYES & WELSH
199 N. ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
PHONE: 702-960-4006
FAX#: 702-434-3739
MWELSH@LVLAW.COM

ATTORNEY FOR MOVANT
BMW BANK OF NORTH AMERICA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>PERLA MARIA MEREZKO<br><br><br><br>Debtor. | Case No. 19-17398-btb<br>(Chapter 7 Proceeding)<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing Date: 10/06/2020<br>Hearing Time: 10:00 AM<br><br>Address: Courtroom 4 (2nd Floor)<br>Foley Federal Building<br>300 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Judge: BRUCE T. BEESLEY |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on August 28, 2020 by BMW Bank of North America. The Motion seeks Relief from the Automatic Stay with regard to personal property commonly known 2015 MINI Hardtop 4 Door Cooper S Hatchback 4D. Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14

1

days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> ▪ The court may refuse to allow you to speak at the scheduled hearing; and
>
> ▪ The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Courtroom 4 (2nd Floor), Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, on 10/06/2020 at the hour of 10:00 AM.

Dated: 08/28/2020

Respectfully submitted:

By: /s/ *Martin L. Welsh*
Martin L. Welsh, Esq.
Nevada State Bar No. 8720
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-960-4006
Fax#: 702-434-3739
mwelsh@lvlaw.Com

**Attorney for
BMW Bank of North America**