NVB 7005 (Rev. 1/11)

E-filed on: 08/28/2020

MARTIN L. WELSH, ESQ.
NEVADA STATE BAR NO. 8720
LAW OFFICE OF HAYES & WELSH
199 N. ARROYO GRANDE BLVD.,
SUITE 200
HENDERSON, NEVADA 89074
PHONE: 702-960-4006
FAX#: 702-434-3739
MWELSH@LVLAW.COM

ATTORNEY FOR MOVANT
BMW BANK OF NORTH AMERICA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

PERLA MARIA MEREZKO

                              Debtor(s),

                              Plaintiff,

vs.

                              Defendant.

Case No.: 19-17398-btb

Chapter 7

Adversary No.: _____

Hearing Date: 10/06/2020
Time: 10:00 AM

## CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding."**

1. On 08/28/2020 *(date)* I served the following document(s) *(specify)*:

   1. 362 INFORMATION SHEET
   2. DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY
   3. MOTION FOR RELIEF FROM AUTOMATIC STAY
   4. CERTIFICATE OF SERVICE

1

2. I served the above-named document(s) by the following means to the persons as listed below*:*

    *(Check all that apply)*

☑ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    1. STEVEN A ALPERT    enotice@pricelawgroup.com, alpert@pricelawgroup.com
    2. TROY S. FOX    trusteefox@crosby-fox.com, NV34@ecfcbis.com
    3. U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov

☑ **b. United States mail, postage fully prepaid**
    *(List persons and addresses. Attach additional paper if necessary)*

    1. CAVALRY SPV I, LLC 500 SUMMIT LAKE DR, STE 400, VALHALLA, NY 10595
    2. LVNV FUNDING LLC C/O RESURGENT CAPITAL SERVICES, PO BOX 10587 GREENVILLE, SC 29603-0587
    3. PRA RECEIVABLES MANAGEMENT, LLC, PO BOX 41021, NORFOLK, VA 23541
    4. PERLA MARIA MEREZKO 7813 RIVIERA BEACH DRIVE, LAS VEGAS, NV 89128

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

    I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)*: 08/28/2020_____

Gloria Yeager                                      ➡ /s/ Gloria Yeager
_____        _____
(NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

3