_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 07, 2020

MARTIN L. WELSH, ESQ.
NEVADA STATE BAR NO. 8720
LAW OFFICE OF HAYES & WELSH
199 N. ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
PHONE: 702-960-4006
FAX#: 702-434-3739
MWELSH@LVLAW.COM

ATTORNEY FOR MOVANT
BMW BANK OF NORTH AMERICA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re: | ) | Case No. 19-17398-btb |
|---|---|---|
|  | ) | (Chapter 7 Proceeding) |
| PERLA MARIA MEREZKO | ) | **ORDER APPROVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
|  | ) | Hearing Date: 10/06/2020 |
|  | ) | Hearing Time: 10:00 AM |
| Debtor. | ) |  |
|  | ) | Address: Courtroom 4 (2nd Floor) |
|  | ) | Foley Federal Building |
|  | ) | 300 Las Vegas Boulevard South |
|  |  | Las Vegas, NV 89101 |
|  |  | Judge: BRUCE T. BEESLEY |

**ORDER APPROVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1

1   The Motion for Relief from Automatic Stay of BMW Bank of North America and
2   its successors and/or assigns came on regularly for hearing before this court on 10/06/2020,
3   appearances as noted on the record. No timely opposition having been filed, the court being
4   fully advised in the premises and good cause appearing:

5   **IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay be, and
6   hereby is granted.

7   **IT IS FURTHER ORDERED** that all stay provisions are hereby terminated as to personal
8   property commonly known as a 2015 MINI Hardtop 4 Door Cooper S Hatchback 4D, V.I.N #
9   WMWXU3C51F2B57822.

10   **IT IS FURTHER ORDERED** that the 14-day stay of Federal Rule of Bankruptcy
11   Procedure 4001(a)(3) is waived.

SUBMITTED BY:

<u>/s/ Martin L. Welsh</u>
Martin L. Welsh, Esq.
Nevada State Bar No. 8720
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-960-4006
Fax#: 702-434-3739
mwelsh@lvlaw.com

Attorney for Movant
BMW Bank of North America

<u>RULE 9021 CERTIFICATION</u>

In accordance with Local Rule 9021, counsel submitting this document certifies that order accurately reflects the court's ruling and that:

___ The Court has waived the requirement set forth in LR 9021(b)(1).

2

1  ___ No party appeared at the hearing or filed an objection to the motion.

2  ___ I have delivered a copy of this proposed order to all counsel who appeared at

3  the hearing, and any unrepresented parties who appeared at the hearing, and each

4  has approved or disapproved the order the court's ruling and that:

5  ___ The Court has waived the requirement set forth in LR 9021, or failed to

6  respond, as indicated below [list each party and whether the party has approved,

7  disapproved, or failed to respond to the document]:

8  _X_ I certify that this is a case under Chapter 7, that I have served a copy of this

9  order with the motion pursuant to LR 9014(g), and that no party has objected to the

10  form or content of the order.

*/s/ Martin L. Welsh*
_____
Martin L. Welsh