NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

PERLA MARIA MEREZKO
   aka PERLA GABARRE
   aka PERLA MACIAS

Debtor(s)

BK−19−17398−btb
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that TROY S. FOX is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 12/10/20

*Mary A Schott*

Mary A. Schott
Clerk of Court